UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cr-00146

**United States of America**

v.

**Tanya Andrews**

## ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on April 24, 2025, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 12. Defendant waived her right to object to the report, agreed to the revocation of her supervised release, agreed to the sentence below, and waived her right to be present for sentencing. Doc. 11.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 21 months' imprisonment with no supervised release to follow. The court recommends that defendant serve her sentence at FPC Bryan, Texas, and that defendant receive drug treatment.

*So ordered by the court on May 2, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -